**DELLAMEO v. GREAT LAKES S. S. CO.**

Civ. No. 25698.

United States District Court
N. D. Ohio, E. D.

Feb. 14, 1949.

See also D.C., 9 F.R.D. 30.

Harry G. Fuerst, of Cleveland, Ohio, for plaintiff.

Robert G. McCreary, Jr. and Leckie, McCreary, Schlitz & Hinslea, all of Cleveland, Ohio, for defendant.

JONES, Chief Judge.

That information and hospital records are not readily available is not enough to support "good cause" under Federal Rules of Civil Procedure, rule 34, 28 U.S.C.A. By the exercise of any reasonable amount of diligence and energy the plaintiff has every opportunity of securing the information that he seeks from the papers possessed by the defendant. The names of all witnesses canvassed by the defendant were made available; the hospital records really were primarily under control of the plaintiff and still can be had by him.

There is no showing here that the plaintiff is entitled to favorable action on his motion for production. Hickman v. Taylor, 329 U.S. 495, at page 512, 67 S.Ct. 385, 91 L.Ed. 451.

Motion denied.